# IN THE UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

| | |
|---|---|
| IN RE:<br>**ERWIN RAFAEL ORTIZ PENA**<br>xxx–xx–9279<br>　　　　　　Debtor(s)<br><br>**Doral Bank**<br>　　　　　　Movant<br><br>**ERWIN RAFAEL ORTIZ PENA**<br>**JOSE RAMON CARRION MORALES**<br>　　　　　　Respondant(s) | Case No. **12–08120**<br><br>Chapter **13**<br><br><br><br>FILED & ENTERED ON 6/10/14 |

***ORDER***

Upon respondent's failure to timely reply and oppose the motion for relief of stay filed by Doral Bank, as required by Rule 4001 of the Federal Rules of Bankruptcy Procedure and PR LBR 4001–1(e), it is now,

ORDERED that the motion for relief of stay filed by Doral Bank, docket entry #51, be and is hereby granted by default.

SO ORDERED.

In San Juan, Puerto Rico, this Tuesday, June 10, 2014 .

*Mildred Cabán*

Mildred Caban Flores
United States Bankruptcy Court