UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:

ERWIN R ORTIZ PENA

CASE NO: 12-08120 MCF

CHAPTER 13

DEBTOR

## MOTION REQUESTING VOLUNTARY DISMISSAL

TO THE HONORABLE COURT:

COMES NOW, Debtors through the undersigned attorney and respectfully states, alleges and prays as follows:

Debtor(s), pursuant to 11 USC Sec. 1307 (b) hereby wishes to dismiss the above captioned case.

1. This case filed on October 12, 2012 is a case under Chapter 13 of the Bankruptcy Code.

2. This case has not been previously converted under section 706, 1112 or 1208 of the Bankruptcy Code.

WHEREFORE, debtor respectfully requests that his petition be dismissed without prejudice.

**NOTICE** : Within **fourteen (14) days** after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank .P. 9006 (f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the clerk's office of the United States Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless : (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy ; or (iii) in the opinion of the court, the interest of justice requires otherwise.

**CERTIFICATE OF SERVICE** : I hereby certify that on 9/15/2014 date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which will sent a notification of such filing to the Trustee , the US Trustee Office and to all the participants of the CM/ECF program ; and by regular mail to all parties in interest as per master address list attached.

In San Juan, PR on this September 15 , 2014

/s/ Agnes T. Emanuelli Rivera
USDC 210810
MSC 409 138 W. Churchill Ave.
San Juan, PR 00926-6023
Tel./Fax: 778-8331
atelaw@centennialpr.net

/s/ Erwin R Ortiz Peña

```
Label Matrix for local noticing        BANCO POPULAR                          DORAL BANK
0104-3                                 BUFETE COLON SANTANA & ROMAN           FIDDLER GONZALEZ & RODRIGUEZ PSC
Case 12-08120-MCF13                    315 COLL Y TOSTE                       PO BOX 363507
District of Puerto Rico                URB BALDRICH                           SAN JUAN, PR 00936-3507
Old San Juan                           SAN JUAN, PR 00918-4026
Mon Sep 15 10:03:42 AST 2014

JEFFERSON CAPITAL SYSTEMS LLC          MEDICOOP                               ORIENTAL BANK
PO BOX 7999                            PO BOX 194450                          PO BOX 195115
ST CLOUD, MN 56302-7999                SAN JUAN, PR 00919-4450                SAN JUAN, PR 00919-5115


POPULAR AUTO                           US Bankruptcy Court District of P.R.   BANCO POPULAR DE PUERTO RICO
PO BOX 366818                          Jose V Toledo Fed Bldg & US Courthouse BANKRUPTCY DEPARTMENT
SAN JUAN, PR 00936-6818                300 Recinto Sur Street, Room 109       PO BOX 366818
                                       San Juan, PR 00901-1964                SAN JUAN PR 00936-6818


BBVA                                   BPPR                                   BPPR
PO Box 71113                           PO BOX 363228                          PO BOX 366818
San Juan, PR 00936-8013                SAN JUAN, PR 00936-3228                SAN JUAN, PR 00936-6818


CRIM                                   DE DIEGO LAW OFFICE, PSC               DE LAGE LANDEN
PO BOX 195387                          PO BOX 79552                           PO BOX 41602
SAN JUAN, PR 00919-5387                CAROLINA, PR 00984-9552                PHILADELPHIA, PA 19101-1602


Department of Treasury-                Doral Bank                             EASTERN AMERICA INSURANCE
Bankruptcy Section (Suite 1504)        PO Box 70308                           PO BOX 9023862
235 Ave. Arterial Hostos               San Juan, PR 00936-8308                SAN JUAN, PR 00902-3862
San Juan Puerto Rico 00918-1451


FLAGSTAR BANK                          IRS                                    MARTINEZ & TORRES LAW OFFICES
5151 CORPORATE DR                      PO BOX 7346                            PO BOX 192938
TROY, FL 48098-2639                    PHILADELPHIA, PA 19101-7346            SAN JUAN, PR 00919-3409


MBNA Of America                        MUNICIPIO DE CAROLINA                  POPULAR AUTO
PO Box 17054                           HOME INVESTMENT PARTNERSHIP PROGRAM    BANKRUPTCY DEPARTMENT
Wilmington, DE 19850-7054              PO BOX 8                               PO BOX 366818
                                       CAROLINA, PR 00986-0008                SAN JUAN PUERTO RICO 00936-6818


POPULAR MORTGAGE                       SEARS                                  AGNES T EMANUELLI RIVERA
PO BOX 362708                          PO BOX 6286                            AGNES EMANUELLI LAW OFFICE
SAN JUAN, PR 00936-2708                SIOUX FALLS, SD 57117-6286             138 AVENUE WINSTON CHURCHILL
                                                                              MSC 409
                                                                              SAN JUAN, PR 00926-6023


ERWIN RAFAEL ORTIZ PENA                JOSE RAMON CARRION MORALES             MONSITA LECAROZ ARRIBAS
PO BOX 4767                            PO BOX 9023884                         OFFICE OF THE US TRUSTEE (UST)
CAROLINA, PR 00984-4767                SAN JUAN, PR 00902-3884                OCHOA BUILDING
                                                                              500 TANCA STREET SUITE 301
                                                                              SAN JUAN, PR 00901
```

Document Page 4 of 4

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BANCO BILBAO VIZCAYA ARGENTARIA PR | (d)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>ST CLOUD MN 56302-7999 | (d)MEDICOOP<br>PO BOX 194450<br>SAN JUAN, PR 00919-4450 |
| (u)ORIENTAL BANK | End of Label Matrix<br>Mailable recipients 29<br>Bypassed recipients 4<br>Total 33 | |