IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

ERWIN R ORTIZ PEÑA

DEBTOR

CASE NO. 12-08120 MCF

CHAPTER 13

## REPLY TO OPPOSITION TO DEBTOR'S REQUEST FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Comes Now debtor represented by its undersigned attorney and respectfully alleges, states and prays as follows :

1. On September 23, 2014 creditor MEDICOOP opposed to debtor's request for voluntary dismissal without prejudice.

2. Debtor will not oppose to creditor MEDICOOP request that the voluntary dismissal will be with a bar to refile for a period of 180 days.

WHEREFORE, based on the above debtor respectfully requests to this Honorable Court take notice of the above and deny the opposition filed by creditor Medicoop and enter the order of dismissal with a bar to refile for a period of 180 days..

I HEREBY CERTIFY : That on September 23, 2014, I electronic filed the above document with the clerk using the CM/ECF System which sends notification of such filing to the Trustee and the US Trustee Office. I further certify that I served this document by electronic means to the CM?ECF participants and or true and correct copy by regular mail to the non CM/ECF participants that are included in the master address list attached.
In San Juan, Puerto Rico this 9/23/2014.

/s/Agnes T. Emanuelli Rivera
USDC 210810
Attorney for debtor
Erwin R Ortiz Peña
MSC 409
138 W. Churchill Ave.
San Juan PR 00926-6023
Tel. 778-8331
atelaw@centennialpr.net

```
Label Matrix for local noticing        BANCO POPULAR                          DORAL BANK
0104-3                                  BUFETE COLON SANTANA & ROMAN           FIDDLER GONZALEZ & RODRIGUEZ PSC
Case 12-08120-MCF13                     315 COLL Y TOSTE                       PO BOX 363507
District of Puerto Rico                 URB BALDRICH                           SAN JUAN, PR 00936-3507
Old San Juan                            SAN JUAN, PR 00918-4026
Tue Sep 23 15:11:38 AST 2014

JEFFERSON CAPITAL SYSTEMS LLC           MEDICOOP                               ORIENTAL BANK
PO BOX 7999                             PO BOX 194450                          PO BOX 195115
ST CLOUD, MN 56302-7999                 SAN JUAN, PR 00919-4450                SAN JUAN, PR 00919-5115


POPULAR AUTO                            US Bankruptcy Court District of P.R.   BANCO POPULAR DE PUERTO RICO
PO BOX 366818                           Jose V Toledo Fed Bldg & US Courthouse BANKRUPTCY DEPARTMENT
SAN JUAN, PR 00936-6818                 300 Recinto Sur Street, Room 109       PO BOX 366818
                                        San Juan, PR 00901-1964                SAN JUAN PR 00936-6818


BBVA                                    BPPR                                   BPPR
PO Box 71113                            PO BOX 363228                          PO BOX 366818
San Juan, PR 00936-8013                 SAN JUAN, PR 00936-3228                SAN JUAN, PR 00936-6818


CRIM                                    DE DIEGO LAW OFFICE , PSC              DE LAGE LANDEN
PO BOX 195387                           PO BOX 79552                           PO BOX 41602
SAN JUAN, PR 00919-5387                 CAROLINA, PR 00984-9552                PHILADELPHIA, PA 19101-1602


Department of Treasury-                 Doral Bank                             EASTERN AMERICA INSURANCE
Bankruptcy Section (Suite 1504)         PO Box 70308                           PO BOX 9023862
235 Ave. Arterial Hostos                San Juan, PR 00936-8308                SAN JUAN, PR 00902-3862
San Juan Puerto Rico 00918-1451


FLAGSTAR BANK                           IRS                                    MARTINEZ & TORRES LAW OFFICES
5151 CORPORATE DR                       PO BOX 7346                            PO BOX 192938
TROY, FL 48098-2639                     PHILADELPHIA, PA 19101-7346            SAN JUAN, PR 00919-3409


MBNA Of America                         MUNICIPIO DE CAROLINA                  POPULAR AUTO
PO Box 17054                            HOME INVESTMENT PARTNERSHIP PROGRAM    BANKRUPTCY DEPARTMENT
Wilmington, DE 19850-7054               PO BOX 8                               PO BOX 366818
                                        CAROLINA, PR 00986-0008                SAN JUAN PUERTO RICO 00936-6818


POPULAR MORTGAGE                        SEARS                                  AGNES T EMANUELLI RIVERA
PO BOX 362708                           PO BOX 6286                            AGNES EMANUELLI LAW OFFICE
SAN JUAN, PR 00936-2708                 SIOUX FALLS, SD 57117-6286             138 AVENUE WINSTON CHURCHILL
                                                                               MSC 409
                                                                               SAN JUAN, PR 00926-6023


ERWIN RAFAEL ORTIZ PENA                 JOSE RAMON CARRION MORALES             MONSITA LECAROZ ARRIBAS
PO BOX 4767                             PO BOX 9023884                         OFFICE OF THE US TRUSTEE (UST)
CAROLINA, PR 00984-4767                 SAN JUAN, PR 00902-3884                OCHOA BUILDING
                                                                               500 TANCA STREET SUITE 301
                                                                               SAN JUAN, PR 00901
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)BANCO BILBAO VIZCAYA ARGENTARIA PR

(d)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
ST CLOUD MN 56302-7999

(d)MEDICOOP
PO BOX 194450
SAN JUAN, PR 00919-4450

(u)ORIENTAL BANK

End of Label Matrix
Mailable recipients    29
Bypassed recipients     4
Total                  33