IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

ERWIN RAFAEL ORTIZ PENA

XXX-XX-9279

Debtor(s)

CASE NO. 12-08120 MCF

Chapter 13

FILED & ENTERED ON 10/30/2014

**ORDER DISMISSING CASE**

Upon the application for voluntary dismissal filed by the debtor(s) (see docket entry #58), it is now

ORDERED, upon agreement of the parties, the case is dismissed with a bar to refile for 180 days; and it is further

ORDERED, that the Clerk closes any contested matter or adversary proceeding pending in the instant case.

SO ORDERED.

San Juan, Puerto Rico, this 30 day of October, 2014.

*Mildred Caban*

Mildred Caban Flores
U. S. Bankruptcy Judge

C:   All creditors
     F/up